[361 N.C. 686 (2007)]

IN THE MATTER OF A.S. AND M.J.W., MINOR CHILDREN

No. 140A07

(Filed 9 November 2007)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 181 N.C. App. 706, 640 S.E.2d 817 (2007), affirming in part and remanding in part adjudication judgments and dispositional orders entered 24 May 2006 by Judge Marvin P. Pope, Jr. in District Court, Buncombe County. Heard in the Supreme Court 15 October 2007.

*Matthew J. Middleton for petitioner-appellant Buncombe County Department of Social Services.*

*Michael N. Tousey for appellant Guardian ad Litem.*

*Michael E. Casterline for respondent-appellee father.*

PER CURIAM.

AFFIRMED.